the decisions of the Supreme Court of the United States, and upon the authority of the cases cited below we shall overrule the defendant's contention. *Lascelles* v. *Georgia*, 148 U. S. 537, 13 Sup. Ct. Rep. 687; *Mahon* v. *Justice*, 127 U. S. 700, 8 Sup. Ct. Rep. 1204.

The judgment and sentence of the District Court are reversed. All the judges concurring.

(72 N. W. Rep. 905.)

IOWA AND DAKOTA LAND COMPANY *vs.* BARNES COUNTY.

Opinion filed October 29th, 1897.

Appeal from District Court, Barnes County; *Rose*, J.

Actions by the Iowa and Dakota Land Company against Barnes County. Judgments for defendant, and plaintiff appeals. Affirmed.

*Newman, Spalding & Phelps*, for appellant.
*Edward Winterer*, for respondent.

PER CURIUM. Following the dicision of this court in *Iowa & Dakota Land Co.* v. *Barnes County*, 72 N. W. Rep. 1019, 6 N. D. 601. The judgment of the District Court is affirmed. All the judges concurring.

(72 N. W. Rep. 1135.)